KENT R. ROBISON, ESQ.  
Nevada State Bar No. 1167  
Robison, Belaustegui, Sharp & Low  
71 Washington Street  
Reno, Nevada 89503  
Telephone: (775) 329-3151  
Facsimile: (775) 329-7169  

ELECTRONICALLY FILED 10/10/11

Attorneys for Crisis Collections Management, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TIMOTHY HARRIS, Pro Se

    Plaintiff,

vs.

CRISIS COLLECTIONS MANAGEMENT, LLC; FORD MOTOR COMPANY dba FORD MOTOR CREDIT COMPANY; and DOES 1-10,

    Defendants,
_____/

CASE NO: 2:11-CV-01490-RCJ-CWH

**MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

    Defendant, Crisis Collections Management, LLC ("CCM"), moves this honorable Court or an order dismissing the Plaintiff's Complaint or, in the alternative, requiring the Plaintiff to comply with Rule 10 of the Federal Rules of Civil Procedure and provide a more definite statement. This motion is made pursuant to and in accordance with Rule 12(b) and/or Rule 12(e) of the Federal Rules of Civil Procedure. This motion is based upon the attached points and authorities and is made in good faith and not for the mere purpose of delay.

/ / /

/ / /

/ / /

/ / /

DATED: This 10th day of October, 2011.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

_____
KENT R. ROBISON
Attorneys for Defendant
Crisis Collections Management, LLC

### POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

Plaintiff's Complaint violates Fed. R. Civ. P. 10. Rule 10(b) provides that a party must state its claims in numbered paragraphs, each limited as far as practicable to a single set of circumstances. As far as practicable, a party should set forth each distinct allegation of fact in a separate paragraph and each paragraph should be numbered. *Politicov Promus Hotels, Inc.*, 184 F.R.D. 232, 234 (E.D. N.Y. 1999). The purpose of this requirement is to ensure a pleading that is easily understood by both the opponent and the court. *Allum v. Life Ins. Co. of North America*, 267 F.R.D. 407, 409 (N.D. Ga. 2009). The Complaint as drafted is not understandable.

Plaintiff's Complaint consists of a series of unnumbered paragraphs stating general conclusions and arguments. None of the paragraphs are numbered. Defendant, CCM, therefore cannot comply with Fed. R. Civ. P. 8. Rule 8 requires a defendant to respond to a plaintiff's allegations in short and plain terms "to each claim asserted" against it. Further, CCM is required to admit or deny the "allegations" asserted against by the Plaintiff. The Plaintiff's Complaint, consisting of a series of unnumbered paragraphs, generalities, and legal arguments, makes it impossible for CCM to draft a comprehensive and competent responsive pleading.

Also, improper paragraph numbering will not defeat a pleading unless the violations interfere with the ability to understand the claims or otherwise cause prejudice. *Phillips v. Girdich*, 408 F.3d 124, 128 (2nd Cir. 2005). However, when a party's pleading provides

insufficient notice of the claims because of its confusing structure, absence of numbered paragraphs, or the improper combination of multiple claims in a single count, the opposing party may move for a more definite statement, dismissal, or to strike the pleading. *Corbitt v. Home Depot USA, Inc.*, 573 F.3d 1223 (11th Cir. 2009), *Giles v. WalMart Distrib. Ctr.*, 359 Fed. Appx. 91, 93 (11th Cir. 2009).

For the reasons stated, Defendant CCM respectfully requests that this honorable Court either dismiss the Plaintiff's Complaint without prejudice or, in the alternative, enter an order requiring the Plaintiff to plead in accordance with Rule 10 and number each and every paragraph so that a responsive pleading can be comprehensively and intelligently submitted.

DATED:   This 10th day of October, 2011.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

_____
KENT R. ROBISON
Attorneys for Defendant
Crisis Collections Management, LLC

J:\WPData\Krr\1269.001\Crisis Collections\P-Motion to Dismiss.More Definite Statement.wpd

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused to be served a true copy of the **MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** on all parties to this action by the method indicated below:

__X__ by placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, addressed to:

TIMOTHY HARRIS
4005 Cherokee Rose Avenue
North Las Vegas, NV 89031

*Plaintiff pro se*

__X__ by using the Court's CM/ECF electronic service system addressed to:

TIMOTHY HARRIS
4005 Cherokee Rose Avenue
North Las Vegas, NV 89031
Email: extremeps1@cox.net
*Plaintiff pro se*

_____ by personal delivery/hand delivery

_____ by facsimile (fax)

_____ by Federal Express/UPS or other overnight delivery

DATED: This 10th day of October, 2011.

_____
V. JAYNE FERRETTO

J:\WPData\Krr\1269.001\Crisis Collections\P-Certificate of Service.wpd

Robison, Belaustegui,
Sharp & Low
71 Washington Street
Reno, Nevada 89503
(775) 329-3151