KENT R. ROBISON, ESQ.
Nevada State Bar No. 1167
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, Nevada 89503
Telephone:    (775) 329-3151
Facsimile:    (775) 329-7169

Attorneys for Crisis Collections Management, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TIMOTHY HARRIS, Pro Se

    Plaintiff,

vs.

CRISIS COLLECTIONS MANAGEMENT, LLC; FORD MOTOR COMPANY dba FORD MOTOR CREDIT COMPANY; and DOES 1-10,

    Defendants,
_____/

CASE NO: 2:11-CV-01490-RCJ-CWH

**<u>DEFENDANT CRISIS COLLECTIONS MANAGEMENT LLC'S JOINDER IN DEFENDANT FORD MOTOR CREDIT COMPANY'S MOTION TO DISMISS [AMENDED COMPLAINT] WITH PREJUDICE OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND THE POINTS AND AUTHORITIES IN SUPPORT THEREOF</u>**

    Defendant Crisis Collections Management ("CMC"), through Kent R. Robison of Robison, Belaustegui, Sharp & Low, respectfully submits this joinder ("Joinder") to Defendant Ford Credit dba Ford Motor Credit Company's ("Ford Credit") Motion to Dismiss with Prejudice or, in the Alternative, Motion for Summary Judgment (Doc. # 9) to the extent that Ford Credit's motion is treated as a motion to dismiss. CMC fully incorporates and adopts the points, authorities, and arguments of Co-Defendant Ford Credit, to the extent that they may apply to CMC and are deemed in support of a motion to dismiss. Plaintiff's Amended Complaint should be dismissed with prejudice as against CMC.

1  CMC notes that this Joinder is being made pursuant to Federal Rule of Civil Procedure
2  12(b)(6).
3      DATED:    This 4th day of November, 2011.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

_/s/ Kent R. Robison_
KENT R. ROBISON
Attorneys for Defendant
Crisis Collections Management, LLC

J:\WPData\Krr\1236.001\P-Joinder in Ford's motion to dismiss.11-02-11.wpd

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused to be served a true copy of the **DEFENDANT CRISIS COLLECTIONS MANAGEMENT LLC'S JOINDER IN DEFENDANT FORD MOTOR CREDIT COMPANY'S MOTION TO DISMISS [AMENDED COMPLAINT] WITH PREJUDICE OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND THE POINTS AND AUTHORITIES IN SUPPORT THEREOF** on all parties to this action by the method indicated below:

✓ by placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, addressed to:

TIMOTHY HARRIS
4005 Cherokee Rose Avenue
North Las Vegas, NV 89031

*Plaintiff pro se*

✓ by using the Court's CM/ECF electronic service system addressed to:

TIMOTHY HARRIS
4005 Cherokee Rose Avenue
North Las Vegas, NV 89031
Email: extremeps1@cox.net
*Plaintiff pro se*

GARY E. SCHNITZER, ESQ.
JORDAN P. SCHNITZER, ESQ.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Facsimile:    (702) 362-2203
Email: gschnitzer@kssattorneys.com
       jschnitzer@kssattorneys.com

____ by personal delivery/hand delivery

____ by facsimile (fax)

____ by Federal Express/UPS or other overnight delivery

DATED: This 4th day of November, 2011.

*/s/ Mary Carroll Devos/*

Robison, Belaustegui,
Sharp & Low
71 Washington Street
Reno, Nevada 89503
(775) 329-3151